UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANH HUU LAM,<br><br>         Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>         Defendant. | No. 2:17-cv-1295 KJN P<br><br><br>ORDER |

   Plaintiff is a state prisoner, proceeding pro se and in forma pauperis.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983, and has moved for disqualification of the undersigned.  Pursuant to 28 U.S.C. § 455, a magistrate judge shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned or where he has a personal bias or prejudice concerning a party.  In plaintiff's motion, he speculates that the undersigned is biased against plaintiff.  The court does not find disqualification is appropriate in this matter.  Thus, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 5) is denied.

Dated: July 26, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

lam1295.disq